```
1  Law Offices of
   RANDALL M. WIDMANN
2  RANDALL M. WIDMANN, SBN 73154
   2479 E. Bayshore Road, Suite 703
3  Palo Alto, CA 94303
   Phone: (650) 424-8400
4  Fax: (650) 617-6888

5  Attorneys for Defendant,
   RUBEN'S CUSTOM PAINT
6
```

**ORIGINAL FILED**
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

CV 08 0819   MEJ

| | |
|---|---|
| PAVEL MALOVANY, | CASE NO. |
| Plaintiff, | (San Mateo County Case No. CIV 467222) |
| vs. | **NOTICE OF REMOVAL** |
| RUBEN'S CUSTOM PAINT, a California corporation and DOES 1-50, inclusive, | |
| Defendants. | |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF, PAVEL MALOVANY AND HIS ATTORNEY OF RECORD, DARREN M. COHEN:**

**PLEASE TAKE NOTICE** that Defendant, RUBEN'S CUSTOM PAINT [Ruben], hereby removes this action from the Superior Court of the State of California for the County of San Mateo to the United States District Court for the Northern District of California, San Francisco Division. This removal is based on the fact that Federal questions are posed therefore, the action is subject to removal pursuant to 28 USC §1441(b) and 28 USC §1331 and for the reasons stated below:

    1.  On or about October 26, 2007, Plaintiff filed a Complaint alleging violations of the Fair Labor Standards Act including but not limited to violations of 29 USC §§201, et seq. violations of 29 USC §§207(a)(1) and 215(a). The Complaint alleges, inter alia, that Defendant did not pay

NOTICE OF REMOVAL

Plaintiff minimum, overtime and mealtime wages in violation of the Fair Labor Standards Act.

2. Ruben was served with a Complaint effective on January 8, 2008.

3. Ruben filed and served his Answer to the Unverified Complaint on February 4, 2008. A copy of the Answer is attached as an exhibit to the Declaration of Randall M. Widmann.

4. Defendants, Doe 1 through 50 are unnamed and unknown and, therefore, to Defendant's knowledge have not been served with Plaintiff's Summons and Complaint.

5. In accordance with 28 USC § 1446(d) Defendant, Ruben, will promptly, after filing this Notice of Removal, give written notice of the filing of the Notice to Plaintiff, Malovany, and the Clerk of the San Mateo County Superior Court. Copies of those Notices are attached to the Declaration of Randall M. Widmann. Proof of Service of the Notice to the Superior Court Clerk of Removal and of the Notice to Adverse Party of Removal will be filed with this Court promptly thereafter. (See Declaration of Randall M. Widmann).

## I.
## REMOVAL IS BASED ON
## FEDERAL QUESTION JURISDICTION

6. As set forth in the body of the Complaint, the Complaint puts in question various United States Code Sections including 29 USC §§201, et seq. and violations of 29 USC §§207(a)(1) and 215(a) and seeks recovery under, inter alia, §28 USC 216 (b).

## II.
## INTRADISTRICT ASSIGNMENT

7. Assignment to the San Francisco Division is proper because the state action filed by Plaintiff is pending in the Superior Court of the County of San Mateo. [28 U.S.C. §1446(a); Northern District L.R. 3-2(d).]

WHEREFORE, Ruben removes the above-entitled action now pending in the Superior Court

NOTICE OF REMOVAL                                                                                              2

1 | of the State of California for the County of San Mateo to this Court.

3 | Dated: February 5, 2008

RANDALL M. WIDMANN
Attorney for Defendant

NOTICE OF REMOVAL                                3