Law Offices of
RANDALL M. WIDMANN
RANDALL M. WIDMANN, SBN 73154
2479 E. Bayshore Road, Suite 703
Palo Alto, CA 94303
Phone: (650) 424-8400
Fax: (650) 617-6888

Attorneys for Defendant,
RUBEN'S CUSTOM PAINT

ORIGINAL FILED
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PAVEL MALOVANY,

    Plaintiff,

vs.

RUBEN'S CUSTOM PAINT, a California corporation and DOES 1-50, inclusive,

    Defendants.

CASE NO. CV 08 0819 MEJ

**LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

The undersigned certifies that there are no interested entities or persons to list in this Certificate pursuant to Civil L.R. 3-16.

Dated: February 5, 2008

RANDALL M. WIDMANN
Attorney for Defendant

LOCAL RULE 3-16