1  Law Offices of
   RANDALL M. WIDMANN
2  RANDALL M. WIDMANN, SBN 73154
   2479 E. Bayshore Road, Suite 703
3  Palo Alto, CA 94303
   Phone: (650) 424-8400
4  Fax: (650) 617-6888

5  Attorneys for Defendant,
   RUBEN'S CUSTOM PAINT

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION
10

11 PAVEL MALOVANY,              ) CASE NO.  C 08-00819 MEJ
                                )
12         Plaintiff,           )
                                )
13    vs.                       ) **PROOF OF SERVICE**
                                )
14 RUBEN'S CUSTOM PAINT, a California )
   corporation and DOES 1-50, inclusive, )
15                              )
           Defendants.          )
16 _____)

17

18

19

20

21

22

23

24

25

26

27

28 PROOF OF SERVICE                                              1

PROOF OF SERVICE

RE: MALOVANY v. RUBEN'S CUSTOM PAINT
Case No. C 08-00819 MEJ

I, ANNA DELGADO, declare:

I am over the age of 18 years, and not a party to this action. My business address is 2479 East Bayshore Road, Suite 703, Palo Alto, CA 94303 and on the date executed below, I served the within document(s), to wit:

1. Notice of Removal;
2. Declaration of Randall M. Widmann in Support of Notice of Removal;
3. Civil Cover Sheet;
4. Local Rule 3-16 Certification of Interested Entities or Persons;
5. Order Setting Initial Case Management Conference and ADR Deadlines;
6. Case Management Standing Order - Magistrate Judge Maria-Elena James;
7. Notice of Assignment of Case to a United States Magistrate Judge for Trial;
8. U.S. District Court-San Francisco Guidelines;
9. U.S. District Court-Northern California ECF Registration Information Handout.

on the party and/or parties listed below in said action:

Darren M. Cohen, Esq.
Kingsley & Kingsley, APC
Attorneys for Plaintiff, Pavel Malovany
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Phone (818) 990-8300
Fax (818) 990-2903

__X__  (**By Mail**) I am readily familiar with this office's business practice for collection, processing and depositing of correspondence for mailing with the United States Postal Service and that the above document(s) will be deposited with the United States Postal Service on this date by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail box at Palo Alto, California addressed as indicated above to each of the listed persons or parties listed above.

_____  (**By Facsimile**) By personally transmitting a true copy of the above document(s) via a facsimile machine to the parties or person listed above at the telephone-fax number listed for that party or person.

_____  (**By Personal Service**) By having messenger service [*Swift Attorney Services*] personally deliver a true copy of the above document(s) to the office address of the persons or parties listed above.

_____  (**By Federal Express-Overnight**) I am readily familiar with the Federal Express business practice for collection and processing of Federal Express packages and I

PROOF OF SERVICE                                                                                      2

1 | have deposited the document(s) listed above in an authorized Federal Express Drop Box located at 2479 E. Bayshore Rd., Palo Alto, CA 94303, fully prepaid and addressed to the person or parties shown above.

I certify and declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on February 6th, 2008, at Palo Alto, California.

*[signature]*

ANNA DELGADO

PROOF OF SERVICE                                                                 3