1  KINGSLEY & KINGSLEY, APC
   GEORGE R. KINGSLEY, ESQ.    SBN - 38022
2  ERIC B. KINGSLEY, ESQ.      SBN - 185123
   DARREN M. COHEN, ESQ.       SBN - 121938
3  16133 VENTURA BOULEVARD, SUITE 1200
   ENCINO, CA 91436
4  (818) 990-8300; FAX (818) 990-2903

   Attorneys for Plaintiff
5
   LAW OFFICES OF RANDALL M. WIDMAN
6  RANDALL M. WIDMAN
   2479 E. BAYSHORE RD., SUITE 703
7  PALO ALTO, CA 94303
   (650) 424-8400; FAX (650) 617-6888
8
   Attorneys for Defendants
9
10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12
13  PAVEL MALOVANY,            )  CASE NO.: C08-00819 MEJ
                               )
14       Plaintiff,            )  STIPULATION FOR DISMISSAL WITH
                               )  PREJUDICE AND ORDER
15       v.                    )
                               )
16  RUBEN'S CUSTOM PAINT, et al., )
                               )
17       Defendants.           )
                               )
18  _____

19       THEREFORE, the parties, through their respective counsel,
20  hereby stipulate to the dismissal with prejudice of this action and
21  of all claims raised therein against defendants, and with the
22  court. Each side to bear their own attorneys fees and costs.
23  IT IS HEREBY STIPULATED
24  DATED: April 7, 2008              DATED: April 7, 2008
25  KINGSLEY & KINGSLEY, APC          LAW OFFICES OF RANDALL M. WIDMAN
26  By: _____       By: _____
27      ERIC B. KINGSLEY                  RANDALL M. WIDMAN
        Attorneys for Plaintiff           Attorney for Defendant
28
                                1
                      STIPULATION AND ORDER

GOOD CAUSE HEREBY APPEARING

THIS MATTER comes before the court on the parties' Stipulation for Dismissal with Prejudice, and the Court, being sufficiently advised,

ORDERS that this action is dismissed with prejudice, each party to bear their own attorneys fees and costs.

IT IS SO ORDERED:

DATED: _____

_____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER

PROOF OF SERVICE BY MAIL
(C.C.P. 1013a)

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF LOS ANGELES)

I am employed in the county of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 16133 Ventura Boulevard, Suite 700, Encino, California, 91436.

On April 9, 2008, I served the following documents described as: **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER___**, on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

LAW OFFICES OF RANDALL M. WIDMAN
RANDALL M. WIDMAN
2479 E. BAYSHORE ROAD, SUITE 703
PALO ALTO, CA 94303

(X) (By Mail) I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more that one day after date of deposit for mailing in affidavit.

( ) (By Personal Delivery) I caused such envelope to be delivered by hand to the offices of the addressee.

(X) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 9, 2008, at Encino, California.

*Stephanie Villarreal*
STEPHANIE VILLARREAL

1  KINGSLEY & KINGSLEY, APC
   GEORGE R. KINGSLEY, ESQ.   SBN - 38022
2  ERIC B. KINGSLEY, ESQ.     SBN - 185123
   DARREN M. COHEN, ESQ.      SBN - 121938
3  16133 VENTURA BOULEVARD, SUITE 1200
   ENCINO, CA 91436
4  (818) 990-8300; FAX (818) 990-2903

5  Attorneys for Plaintiff

6  LAW OFFICES OF RANDALL M. WIDMAN
   RANDALL M. WIDMAN
7  2479 E. BAYSHORE RD., SUITE 703
   PALO ALTO, CA 94303
8  (650) 424-8400; FAX (650) 617-6888

   Attorneys for Defendants

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA


   PAVEL MALOVANY,              )  CASE NO.: C08-00819 MEJ
                                )
            Plaintiff,          )  STIPULATION FOR DISMISSAL WITH
                                )  PREJUDICE AND ORDER
       v.                       )
                                )
   RUBEN'S CUSTOM PAINT; et al.,)
                                )
            Defendants.         )
   _____)

       THEREFORE, the parties, through their respective counsel,
   hereby stipulate to the dismissal with prejudice of this action and
   of all claims raised therein against defendants, and with the
   court. Each side to bear their own attorneys fees and costs.
   IT IS HEREBY STIPULATED
   DATED: April 7, 2008              DATED: April 7, 2008
   KINGSLEY & KINGSLEY, APC          LAW OFFICES OF RANDALL M. WIDMAN

   By: _____         By: _____
       ERIC B. KINGSLEY                  RANDALL M. WIDMAN
       Attorneys for Plaintiff          Attorney for Defendant

                                 1
                        STIPULATION AND ORDER

GOOD CAUSE HEREBY APPEARING

THIS MATTER comes before the court on the parties' Stipulation for Dismissal with Prejudice, and the Court, being sufficiently advised,

ORDERS that this action is dismissed with prejudice, each party to bear their own attorneys fees and costs.

IT IS SO ORDERED:

DATED: _____

_____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

PROOF OF SERVICE BY MAIL
(C.C.P. 1013a)

STATE OF CALIFORNIA  )
                     ) ss.
<u>COUNTY OF LOS ANGELES</u>)

   I am employed in the county of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 16133 Ventura Boulevard, Suite 700, Encino, California, 91436.

   On April 9, 2008, I served the following documents described as: <u>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**</u>, on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

LAW OFFICES OF RANDALL M. WIDMAN
RANDALL M. WIDMAN
2479 E. BAYSHORE ROAD, SUITE 703
PALO ALTO, CA 94303


(X)  (By Mail) I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more that one day after date of deposit for mailing in affidavit.

( )  (By Personal Delivery) I caused such envelope to be delivered by hand to the offices of the addressee.

(X)  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.


   Executed on April 9, 2008, at Encino, California.

                                        *Stephanie Villarreal*
                                        STEPHANIE VILLARREAL