```
 1 | KINGSLEY & KINGSLEY, APC
   | GEORGE R. KINGSLEY, ESQ.    SBN - 38022
 2 | ERIC B. KINGSLEY, ESQ.      SBN - 185123
   | DARREN M. COHEN, ESQ.       SBN - 121938
 3 | 16133 VENTURA BOULEVARD, SUITE 1200
   | ENCINO, CA 91436
 4 | (818) 990-8300; FAX (818) 990-2903
 5 | Attorneys for Plaintiff
 6 | LAW OFFICES OF RANDALL M. WIDMAN
   | RANDALL M. WIDMAN
 7 | 2479 E. BAYSHORE RD., SUITE 703
   | PALO ALTO, CA 94303
 8 | (650) 424-8400; FAX (650) 617-6888
 9 | Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PAVEL MALOVANY, | ) CASE NO.: C08-00819 MEJ |
|---|---|
| Plaintiff, | ) STIPULATION FOR DISMISSAL WITH |
| v. | ) PREJUDICE AND ORDER |
| RUBEN'S CUSTOM PAINT; et al., | ) |
| Defendants. | ) |

THEREFORE, the parties, through their respective counsel, hereby stipulate to the dismissal with prejudice of this action and of all claims raised therein against defendants, and with the court. Each side to bear their own attorneys fees and costs.

IT IS HEREBY STIPULATED

DATED: April 7, 2008                    DATED: April 7, 2008

KINGSLEY & KINGSLEY, APC                LAW OFFICES OF RANDALL M. WIDMAN

By: _____             By: _____
    ERIC B. KINGSLEY                        RANDALL M. WIDMAN
    Attorneys for Plaintiff                 Attorney for Defendant

1

STIPULATION AND ORDER

GOOD CAUSE HEREBY APPEARING

THIS MATTER comes before the court on the parties' Stipulation for Dismissal with Prejudice, and the Court, being sufficiently advised,

ORDERS that this action is dismissed with prejudice, each party to bear their own attorneys fees and costs.

IT IS SO ORDERED:

DATED: April 24, 2008



_____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER

PROOF OF SERVICE BY MAIL
(C.C.P. 1013a)

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF LOS ANGELES)

I am employed in the county of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 16133 Ventura Boulevard, Suite 700, Encino, California, 91436.

On April 9, 2008, I served the following documents described as: **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**, on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

LAW OFFICES OF RANDALL M. WIDMAN
RANDALL M. WIDMAN
2479 E. BAYSHORE ROAD, SUITE 703
PALO ALTO, CA 94303

(X) (By Mail) I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more that one day after date of deposit for mailing in affidavit.

( ) (By Personal Delivery) I caused such envelope to be delivered by hand to the offices of the addressee.

(X) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 9, 2008, at Encino, California.

*Stephanie Villarreal*
STEPHANIE VILLARREAL